FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 30 2018
JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**______________ DIVISION**

**CASE NO.** 1:18-CV-10-BSM-PSH

**Jury Trial:** ☑ Yes ☐ No
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rickie Green
ADC # 117055

Address: (Grimes Unit) 300 Corrections Drive, Newport, Ar 72112

Name of plaintiff: ______________
ADC # ______________

Address: ______________

Name of plaintiff: ______________
ADC # ______________

This case assigned to District Judge Miller
and to Magistrate Judge Harris

Address: ______________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: M. Culclager

Position: Major - Chief of Security

Place of employment: "Grimes Unit" - ADC

Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: K. Cantrell

Position: Captain

Place of employment: _Grimes Unit - ADC_

Address: _300 Corrections Drive, Newport, Ar 72112_

Name of defendant: _Mr. Lee_

Position: _Shift Lieutenant_

Place of employment: _Grimes Unit - ADC_

Address: _300 Corrections Drive, Newport, Ar 72112_

Name of defendant: _Harold G. Odom_

Position: _Sergeant_

Place of employment: _Grimes Unit_

Address: _300 Corrections Drive, Newport, Ar 72112_
— _See Attached Sheets_ —

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

Name of defendant: Mr. Amelo
Position: Sergeant - RHU Supervisor
Employment: Grimes Unit- ADC
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Mr. Gill
Position: Sergeant
Employment: Grimes Unit- ADC
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Mr. Hennesey
Position: Sergeant
Employment: Grimes Unit- ADC
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Ms. S. Ingram
Position: Nurse - Infirmary
Employment: Grimes Unit
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Mr. D. Neitz
Position: Corporal
Employment: Grimes Unit
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Joanna Z. Franklin
Position: Disciplinary Hearing Officer
Employment: Ark. Dept. of Correction
Address: P.O. Box 8707, Pine Bluff, Ar 71611-8707

Name of defendant: Ms. Paula Cowell
   Position: (ARO) Administrative Review Officer
Employment:   Grimes Unit
Address: 300 Correction Drive, Newport, Ar 72112

Name of defendant: Ms. Toni Bradley
   Position: Warden
Employment: Ark. Dept. of Correction
Address: P.O. Box 8707, Pine Bluff, Ar 71611-8707

Name of defendant: Mr. Naylor
   Position: Disciplinary Hearing Administrator
Employment: Ark. Dept. of Correction
Address: P.O. Box 8707, Pine Bluff, Ar 71611-8707

Name of defendant: Ms. Wendy Kelley
   Position: ADC Director
Employment: Ark. Dept. of Correction
Address: P.O. Box 8707, Pine Bluff, Ar 71611-8707

    ☐    Court (if federal court, name the district; if state court, name the county):

_____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
          Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: *Grimes Unit-ADC*

_____

V.    At the time of the alleged incident(s), were you:
    (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓   No _____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓    No ___ I also completed the "Major Disciplinary Appeal"

If not, why? Procedure which is also an "Administrative Remedies"

for "disciplinary matters", because you cannot file "grievances" on "Disciplinary issues/matters".

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) I think I moved into there at Grimes Unit in Newport Arkansas) 14-Barracks (in Housing-2) on 8-15-17 and from that day on I was having "Problems" with inmates who kept trying to start fights with me or provoke me into fights, because they seen that I was trying to stay to my self (so I could stay out of trouble). They (the inmates) took that as a sign of "weakness" and tried to "Prey" on/or treat me as "Prey". From 8-17-17 to 8-21-17 I told defendants "Cantrell and Culclager" that I was having "Serious Problems" with inmates in 14-Barracks and that I needed to be moved. That I'm not trying to be harmed or harm anyone. On 8-22-17 defendants Cantrell and Culclager moved me out of 14-Barracks to 9-Barracks for my safety. I was OK and had no Problems.

On 8-24-17 I was coming from "chow" when defendant Amelo Stopped me in the hallway and said he hope I liked my barracks because he having me moved back to 14-barracks. I tried to explain that I was having Problems with inmates in 14-barracks and that defendants Cantrell and Culclager moved me, but defendant Amelo "stopped" me and telled that he dont give a damn who moved me that he wanted me in 14-barracks. I didn't argue with him. I walked to the "E Dm's" Office and tried to talk with defendant Lee about it but defendant Lee wavied me away and told me that I am being moved and to go pack my shit. They "disregarded" the fact that I was having "Serious Problems" with inmates in 14-barracks and ~~consicered~~ made   -7-   me move right back in there.

— See Attached Sheet —

Word got back to the inmates that I was moved out of the barracks because the Staff was told I was having problems in the barracks with inmates.

So on 8-28-17 they had inmate Demetrius Jones #661201 call me into the restroom (in 14-Barracks) and once inmate Jones attacked me and we got to fighting three (3) more inmates came into the restroom and "jumped" on me. Knocked me out and I hit the floor.

I come to (woke up) with all four (4) inmates kicking me. So I got up and got a "boot" to Stop them from jumping on me again.

Next thing I know I was "Sprayed" all in my face and mouth by defendant Odom. I was then put in handcuffs and taken down to "Restrictive Housing". I tried "repeatly" to tell Defendant Odom that I was "jumped" on, but he wasnt trying to hear it.

Defendant Odom put me in a Shower Stall and I was made to wash the mace or OC Spray off with "hot water"- which made it burn worse.

I was denyed any "Medical treatment".

I was put in a cell. One of the inmates who jumped on me was "release" back to Population (D. Jones #661201).

No Statement was gotten from me. Nor did any one try to come see me to ask me what happen.

Defendants Gill, Hennesey and Ingram made a round on 5-Side of Restrictive Housing and I told them that I was hurting and needed medical treatment. That I was jumped.

I wasnt given any. They never said anthing. Acked like I wasnt talking to them.

After 6:00 PM Shift Change I informed Staff that I was jumped on in 14-Barracks that I'm hurting and need treatment.

They Saw the right Side of my face area was Swollen. I was taken to Medical/Infirmary where I was treated by Nurse Boggs.

— See Page 2 of    —

Later Lt. Robbin came and say me and   Said Nurse Boses told him
how my right side of my face was swollen and ask me what happen.
I told him and that no one even got a "Statement" from me.
He said they was wrong and he'll get it.

On 9-1-17 I receive a "Major Disciplinary" from defendant Odom
Saying me and inmate Jones was fighting and that he observed us hitting
each other with "closed fist"(which is a lie). That I attempted to strike inmate
Jones with a boot (not hit him, but attempted). (Lieing) Saying I was give "Soap" to
and copious amounts of "Water" to "decontaminate". That I refused "Medical treatment".

On 9-6-17 defendant Neitz came to my cell and ask me was I going
to "disciplinary Court". I told defendant Neitz "Yes" that I was going
to "Disciplinary Court".

But because of case "1:17CV00032"(that he was a defendant in) defendant
Neitz went and "lied" and told defendant Franklin that I "Wavied"
my Hearing.

So later I received a "Disciplinary Hearing Action" form from "defendant
Franklin" found me guilty of everthing and lied on her "reasons and decision"
(for finding me guilty) Saying She basised it on that "I was the Agressor" and
that "I used a State Issued Brogan" to "Strike another inmate".
But none of this was "alleged" in the "body" of the Major Disciplinary, She (Frank-
lin) lied.

So I Sent me a "Major Disciplinary Appeal Form" to defendants "Bradley,
Naylor and Kelley on the above grounds (dated 9-6-17).

I Sent "Affidavits" (dated 9-7-17) to defendants "Cowell" ~~contcdefen~~ and
"Bradley" about defendant Neitz lieing saying that I wavied my
Disciplinary Hearing and about defendant Franklin lieing/falstriing
her Statement on the "Disciplinary Hearing Action" form to "justify" her
finding me guilty on all charges.

Defendant Cowell Sent the Affidavits back saying "I don't need this".

— See Page 3 of   —

Defendants Bradley, Naylor and Kelley all affirmed defendant Franklin decision saying only that I "waived" my hearing, trying to use that to "justify" not addressing defendant Franklin falsifying documents.

I was taken to the Major Office and Defendants Culclager and Contrell was there and ask me what's going on. So I explained it. They said yea they will look into it because I Shouldn't have been moved back into 14 Bks. That it will be helded.

But nothing was done. They lied.

Defendants Amelo and Lee "callously, deliberately and recklessly disregarded my Safety. They disregarded it and placed me in harms way by putting me back into a barracks where, it was known that I could be harmed. It was shown that a substantial risk of Serious harm to me "existed".

Defendant Odom acked "cruelly" towards me by Spraying "OC" down my mouth, forcing me to "wash off" with "Pure" hot water, refusing to give me medical treatment, refusing to investigate that I was "jumped" on and filing a false "disciplinary" on me to cover up his actions.

Defendants Culclager and Contrell was "both" aware of facts from which the inference could be drawn that a substantial risk of harm existed towards me. Once they learn that harm was inflicted upon me, because of their staff placing me in harms way, they was Mandated to take it "Seriously". But didnt.

The "Eighth Amendment" mandates that they was to take "reasonable" measures to guarantee my Safety, including Protection from Violence at the hands of other Prisoners.

But, they didnt.

Defendants Gill, Hennesey and Nurse Ingram was "mandated"

— See Page 4 of —

to ensure that I was given or received medical treatment once it was and/or they was made "aware" that I was hurt and needed medical treatment. But they refuse to ensure that I was given it. They failed to "respond reasonbly". Shows "their" deliberate indifference. Under the "Eighth Amendment" I was "entitled" to medical care for my medical needs.

Defendant Neitz was mandated to allow me to go to "Disciplinary Court". A hearing is "fundamental" to the concept of "due Process", it is/was one of the "Procedural" Safeguards to which I was "entitled" when action is/was taken against me. An Opportunity to be heard. But because of me having him (Neitz) named as a defendant in a "Prior"/"another" Case (doing something that I had a constitutional right to do-a "Protected conduct") he lied (an "adverse action") and said that I waived my hearing as "retaliation" (an causal connection). His "adverse action" was directly related to my Protected Conduct, which was/is Protected under/by the First Amendment.

Defendant Franklin was "mandated" to remain/be "impartial" and to find "guilt" with "Pure" evidence. But She used "false inculpatory evidence that She made up to find me guilty. This depriving me of my fundamental rights. Defendants Bradley, Naylor and Keller "allowing" and "affirming" defendant Franklin use of "false inculpatory and "made up" Evidence to convict me its self Shows "violation" of the Due Process Clause. Only after certain "Fair Procedures" are followed can they act to deprive me of my fundamental right. This wasn't done.

The "actions" of the defendants in "Placing" and/or "Putting" me in harms way, recklessly disregarding my Safety, Misusing force, refusing to give me medical treatment after the fact and/one it was brought to their attention that it was needed, failure to investigate and trying to cover up it
— See Page 5 of    —

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

See Attached Page 5 of 5

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _24_ day of _January_ , 20 _18_ .

_____

_____

Signature(s) of plaintiff(s)

-8-

, Misusing The Disciplinary Procedure Were Done Maliciously and Sadistically and constituted "Cruel and Unusual Punishment in Violation of the Eighth Amendment and Violation of and/or depriving me of "Due Process" in Violation of the "First Amendment" to the U.S. Constitution. And constituted "Deliberate Indifference".

Wherefore, I request that the Court grant the following:

A. Award Compensatory damages in the following amounts:

$100,000 against defendants for the Physical and emotional injuries sustained as a results of the Physical assault.

$100,000 against defendants for their refusal to Provide and/or their failure to ensure that I receive medical care and/refusal to investigate.

B. Award Punitive damages in the following amount:

$50,000 against each defendant.

C. Grant "Jury Trial" to Plaintiff.

D. Grant any such other relief as it May appear that I'm entitled.

Honorably, Humbly, Respectfully
Submitted

Rubin [signature]

Page 5 of 5

RECEIVED

SEP 2 1 2017

Received/ARO

SEP 0 7 2017
Grimes

RECEIVED
50202
OCT 11 2017
Director
Arkansas
Department of Correction

F-831-4
**Major Disciplinary Appeal Form**

Inmate Name _Rickie Green_    ADC# _117055_

Unit/Center _Grimes_    Punitive Isolation ✓ (Yes)

Disciplinary (date) _8-28-17_    by (charging officer) _Sgt. Harold G. Odom_

_9-6-17_
Date    Appealed to Warden/Center Supervisor: Note, if you do not agree with the decision of the Disciplinary Hearing Officer, you have 15 business days from receipt of disciplinary action to appeal to the Warden/Center Supervisor.
**Warden's Decision:** Affirm _____ Reverse _____ Modify _____ (See attached if modified)
Signature: _Tom Kelley_    Date _9/13/17_    Waived

_9-14-17_
Date    Appealed to Disciplinary Hearing Administrator: Note, if you do not agree with the response of the Warden/Center Supervisor, you may appeal within 15 business days from receipt of the Warden/Center Supervisor's response to the Disciplinary Hearing Administrator.
**DHA's Decision:** Affirm _____ Reverse _____ Modify _____ Waived ✓ (See attached if modified)
Signature: _____    Date _9-21-17_

_10-4-17_
Date    Appealed to Director: Note if you do not agree with the Disciplinary Hearing Administrator's response, you may appeal within 15 business days from receipt of the Disciplinary Hearing Administrator's decision to the Director.
**Director's Decision:** Affirm _Waived / forfeited_ Reverse _____ Modify _____ (See attached if modified) Date (OWEN)
Signature: _____

First because I "never" waived my "Disciplinary Hearing" today on 9-6-17. (M. Daniel Neitz "lied" and said I waived as "Retaliation" because of 1:17CV00032 **Notice to Inmate: This form is to be used for all appeal levels and responses. Briefly state reasons why conviction or punishment should be reversed or modified. This information will be considered at all three levels of appeal. Only information that is contained within this space on this form will be considered:** that he is a defendant on/in. I never refused/waived. 2x. Do this "Disciplinary Hearing Action Report" on page 2 (date 8-6-17) under "Both" the "Factual Basis for Decision" and "Evidence Relied Upon" Hearing Officer "Joanna Z. Franklin" justify her finding me "guilty" on all Charges, by saying (the same thing on both of them) that "I was the "Agressor" in the altercation and that I "used" a "State Issued Brogan" to "strike" the other inmate. But She (Franklin) lied. Because "Nowhere" in the "body" of Sgt. Harold G. Odom "Major Disciplinary" do he say which "inmate" "started" the altercation, nor do he (Odom) say that I used a "Brogan" to "strike" inmate Jones. Sgt. Harold G. Odom wrote that he Observed "us striking each other with" closed fists". That I had a "State issued boot" in my hand and "(I) (A) "Attempting" (attempting meaning "Trying" or "making an effort towards - not hitting") to strike inmate Jones with it. Sgt. Odom words. I never "hit" the other inmate, thats why I was only given a 04-8. Ms. Franklin "lied". 3x. Also there "is not" any "Signature, nor date", from the Hearing Officer on this "Disciplinary Hearing Action Report". She (Franklin) was "mandated" to "sign/date it" (according and/or in accordance with AD: 17-08 an Inmate Disciplinary Manual). For all "Reasons" stated within I ask that this "Guilty Decision" is "Reversed".

Humbly and Respectfully
Submitted

Inmate's Signature: _Rickie Green_    Date: _9-6-17_

**Original to be submitted for appeal; copies for inmate's use to proceed to next level if timely response not received.**



**Arkansas Department of Correction**

*honor and integrity in public service*

Director's Office
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

**MEMORANDUM**

TO:      Inmate Rickie Green, ADC # 117055
         Grimes Unit

FROM:    Jada Lawrence, Executive Assistant to
         Director Wendy Kelley

RE:      Major Disciplinary Appeal

DATE:    October 11, 2017

Please be advised that I am in receipt of your disciplinary appeal regarding the major disciplinary you received on 08/28/2017 at 11:33 a.m. by Sgt. Harold Odom.

After a thorough review of all the documents pertaining to this matter, I found that you waived your attendance to appear in disciplinary court; therefore, you cannot appeal.  This is per AD 17-08, Inmate Disciplinary Manual, Section H. Major Disciplinary Appeal Process, #1; if an inmate waives his/her right to appear and is found guilty, he/she cannot appeal the decision.

JL/rg

cc:    Warden / Inmate File / File

Received \ Grievance

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center __Grimes__   SEP 0 5 2017 | GRV. # __OR-17-00971__ |
| Name __Rickie Green__   Grimes | Date Received: __9-5-17__ |
| ADC# __117055__   Brks # __RH-5-Side__ Job Assignment __14__ | GRV. Code #: __400__ |

__8-28-17__ (Date) STEP ONE: Informal Resolution

__9-2-17__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Because Sgt. Oxlaom, Capt. Cantrell or Sgt.__
__Cox all refuse to "fully" look into this incident.__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I am a victim of "Retaliation" by Major Culclager, - Chief of Security who refuse to "fully / properly" investigate or have /ensure that his staff "fully" investigate. Me being beaten and /jumped on by three(3) inmates in 14-Blks on 8-28-17. All because of Case No. 1:17CV00032 that I filed on him (Culclager). That inmate called me out and we got to fighting in the restroom (the camera in 14-Blks will show all this). When two(2) other inmates came and "jumped" on me (Video footage will show this also). The only reason this "alleged" lawsuit came into play was to "stop" them from jumping on me again. But, I was "placed" in "Max" center and medical treatment done told Sgt. (ill) Sgt. Hennesey, Cpl. Watson, Cpl. Crandall, Nurse Ingram that I need medical care and locked up. While they have let the other inmate (one of the three who jumped me) out - back to 14-Blks. This same Video footage that saw / seen me with this allege "boot" saw / seen the three(3) inmates "beating" me up. But nothing has been done to them, nor is they "locked up". And because of case No. 1:17 CV00032 against the Grimes Unit Heads (Ms. Bradley, Mr. Earl and Major Culclager) they are refusing to take anything dealing with me "seriously". Then when it get to M.D. Farage, he also go turn a "blind eye" to this because he is also a defendant in case 1:17CV00032. All involved are "mandated" to be "locked up" or "release". This is "discrimination". I'm the only one locked up, I didn't "fight my self". There are three more "inmates" involved. But this being "used" as "retaliation" for personal gain.

__[signature]__                                              __8-28-17__
Inmate Signature                                          Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __8-28-17__ (date), and determined to be **Step One** and/or an Emergency Grievance __yes__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or **No**). If yes, name of the person in that department receiving this form: _____ Date _____

| __Avery Cox__ | __59489__ | __[signature] Cof__ | __8-28-17__ |
|---|---|---|---|
| PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received |

Describe action taken to resolve complaint, including dates: On 8-29-17 I investigated your allegations. Medical documentation shows you refused medical treatment on 8/28/17 at 2:02 pm. I reviewed the camera and I saw only you and one other inmate fighting. However on 8/18/17 at approx. 19:30 pm you were seen by medical.

__[signature] Cof 8-29-17__                                   __[signature] 8-29-17__
Staff Signature & Date Returned   RECEIVED   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? RECEIVED (Yes or No).
Staff Who Received Step Two Grievance SEP 1 3 2017 _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: SEP 1 3 2017
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

RECEIVED

SEP 1 3 2017

IGTT400
3GR

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Green, Rickie</u>
FROM:  Durham, Peggy S
DATE:  <u>09/05/2017</u>

ADC #:  <u>117055D</u>
TITLE:  <u>ADC Inmate Grievance Coord</u>
GRIEVANCE #:  <u>GR-17-00971</u>

Please be advised, I have received your Grievance dated <u>08/28/2017</u> on <u>09/05/2017</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be addressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉  This Grievance was REJECTED because it was either non-grievable ( <u>Disciplinary matter</u> ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

This Grievance is a "Retaliation" Claim. AD:14-16 on Inmate Grievance Procedure on Page 3 of 29 States that "Claims of Retaliation" even if related to "disciplinarys", Are Grievable". That's "Policy" Ms.Durham was "Mandated" to Process this, but trying to cover up for her "CO Workers".

_Rickie Green_____    _117055_____    _9-6-17_____
Inmate Signature                    ADC #                            Date

IGTT430
3GD

Attachment VI

INMATE NAME: Green, Rickie          ADC #: 117055          GRIEVANCE#:GR-17-00971

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 8/28/17, you stated the following complaint: "I am a "victim' of "Retaliation" by Major Culclager Chief of Security who refuse to "fully/Properly" investigate or have/ensure that his Staff fully investigate "beaten and Jumped on" by three (3) inmates in "14brks" on 8-28-17. All because of case No1: 17CVoo32 that I filed on him (Culclager). That inmate called me out and we got to fighting in the restroom ( the camera in 14-brks will show all this). When tow (2) other inmates came and "jumped" on me (Video footage will show this also). The only reason this "alleged boot came into play was to "Stop them from jumping on me again. But I was 'sprayed" with Mace, denied any "Medical treatment" done told Sgt. Gill, Sgt. Hennesey, Cpl. Watson, Cpl Candall, Nurse Ingram that I need medical care) and locked up. While they have let the other inmate (one of the three who jumped me ) out-back to 14Brks. This same "Video footage that saw/seen me with this allege "Boot" saw/seen the three (3) inmates "beating" me up. But nothing has been done to them nor is they "locked up". And because of Case No. 1:17CV00032 against the Grimes Unit Heads(Ms. Bradley, Mr. Earl and Major Culclager) they are refusing to take any thing dealing with me "Seriously". Then when it get to Mr. D. Payne he also go "turn a blind eye" to this because he is also a defendant in case :17CV00032. All involved are mandated to be "locked up" or release". This is discrimination. I m the only one locked up. I did not (rest is our of approved area)"

The unit rejected your grievance on 9/5/17 as being a disciplinary matter.

Your appeal was received on 9/13/17. After review of your appeal and supporting documentation, I find that I concur with the unit's decision to reject your grievance. I will not address the merit of your appeal which is denied.

Director _____          Date  9-20-17 _____

UNIT LEVEL GRIEVANCE FORM (Attachment I)

| | | FOR OFFICE USE ONLY |
|---|---|---|
| Unit/Center ___Grimes___ | | GRV. # _GR 17-00984_ |
| Name _Rickie Green_ | ___Grimes___ | Date Received: _9-6-17_ |
| ADC# _117D55_  Brks # _R-H-5-Site_ Job Assignment _Cell #1H_ | | GRV. Code #: _803_ |

_9-4-17_ (Date) STEP ONE: Informal Resolution

_9-5-17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _Sgt. Amplo lieing. He (Amplo) Stopped me in the hallway and told me he moving me back to H Bks. Put us on the "Black Box" and You'll see he (Amplo) lieing._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _NO_ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _The last thing that Deputy Warden Earl and his Committee told me was to use "better communication skills" when dealing with Staff and bringing my issues to them, so I did this. I brought it to "Capt. K. Cantrell and Major M. Culclager" attention that I was having serious issues/problems with inmates in H Bks and the (Cantrell and Culclager) "did" resolve this problem by moving me, away from the inmates that was causing me problems in H Bks, they put me in 9 Bks (this was on Aug. 22, 2017). But a day and a half later on Aug 24, 2017, Sgt. Amplo stopped me in the "hallway" and said "I hope you like your Bks because I'm moving you back to H Bks. I tried to explain that I was having "problems" with inmates in H Bks and about Cantrell and Culclager moving me but Sgt. Amplo "stopped" me and yelled that he don't give a damn who moved me that he "wanted" me in H Bks. I didn't try to reason with him nor "argue" with him. I was put back in H Bks with the same problem inmates. This is the "outcome". As Capt. Cantrell told me today they did their part, that this all falls on Sgt. Amplo who moved me back to the problem (this is Sept. 4, 2017.) I did all that I could do and brought it (my problem) to a Captain and Major who resolve it. But a Sergeant placed me right back into the "problem" (as Retaliation" against me) to carry out his "personal Vendetta" he (Amplo) has against me. This is the Same "individual" who said "if it was up to him he would put me in a corner cell and let me "Rot" in front of the "whole Committee", so it was nothing for him (Amplo) to place me back in danger. Amplo "Set this up". I am also Sending Affidavits to Ms. Kelley, Mr. Payne, Ms. Bradley, Mr. Earl and Major Culclager about this._

_Rickie Green_ _____   _9-4-17_
Inmate Signature                                     Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _9-5-17_ (date), and determined to be Step One and/or an Emergency Grievance _YES_ (Yes or No). This form was forwarded to medical or mental health? _NO_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt Michael Morris_ _89108_   _Sgt Michael Morris_   _9-5-17_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number    Staff Signature             Date Received

Describe, action taken to resolve complaint, including dates: _Sgt. Amplo States that he had nothing to do with your movement between barracks and that Shift Lt. ordered that move. End of Statement._

_Sgt Michael Morris_ _9-5-17_    _Rickie Green_ _9-5-17_
Staff Signature & Date Returned          RECEIVED Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
OCT 13 2017
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: GRIEVANCE SUPERVISOR  Date: _____
ADMINISTRATION BUILDING
-------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410                                                                                    Attachment III
3GS

INMATE NAME: <u>Green, Rickie</u>        ADC #: <u>117055D</u>        GRIEVANCE #: <u>GR-17-00984</u>

WARDEN/CENTER SUPERVISOR'S DECISION

Inmates are not allowed to pick which barracks they will be housed in. You were housed per the
Chief of Security. It is due to your own actions that you received a disciplinary and were taken to
restrictive housing on 08/28/17. However, since the filing of this grievance, you have been released
into general population. Records reflect you are now housed in barracks 1.
Your grievance is without merit.

_____        _____        _____
Signature of Warden/Supervisor or Designee    Title  _Warden_    Date  _10/4/17_

_____

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the appropriate Chief
Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are
appealing the decision to the original grievance. Do not list additional issues, which are not part of your
original grievance as they will not be addressed. Your appeal statement is limited to what you write in
the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

**RECEIVED**

OCT 1 3 2017

She lieing, trying to cover this up,

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

_____        _____        _____
Inmate Signature                        ADC#  117055        Date  10-8-17

**RECEIVED**

OCT 0 4 2017

WARDEN'S OFFICE

IGTT430
3GD

Attachment VI

INMATE NAME: Green, Rickie          ADC #: 117055          GRIEVANCE#:GR-17-00984

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 9/4/17, you stated the following complaint: "The last thing that Deputy Warden Earl and his committee told me was to use "better" communication skills when dealing with Staff and bringing my issues to them. So I did this, I brought to "Capt. K. Cantrell and Major Culclager attention that I was having serious issues/problems with inmates in 14brks and they ( Cantrell and Culclager) did resolve this problem by moving me away from the inmates that was causing me problems in 14- brks. they put me in 9 bks ( this was on Aug 22, 2017). But a day and a half later ( on Aug 24, 2016) Sgt. Amplo stopped me in the hallway and said I hope you like your Bks because I'm moving you back to 14-bks. I tried to explain that I was having "Problems" with inmates in 14-bks and about Cantrell and Culclager moving me but Sgt. Amplo "stopped" me and yelled that he don't give a damn who moved me that he wanted me in 14-bks. I didn't try to reason with him nor "argue with him. I was put back in 14-bks with the "same problem inmates." This is the "outcome". As Capt. Cantrell tomd me today they did their part. that this all falls on Sgt. Amplo who moved me back to the Problem ( this is Sept. 4, 2017). I did all that I could do and brought it my problem to a Captain and Major who resolve it. But a "Seragant placed me right back into the "problem" (as Retaliation against me) to carry out his "Personal Vendatta" he (amplo) has against me. This is the same individual who said it was up to him he would put me in a corner cell and let me "Rot" infront of the "whole Committee." So it was nothing for him (Amplo) to place me back in "danger". Amplo "Set" this up. I am (rest is out of approved area)."

The Warden responded to your grievance on 10/4/17 by stating the following: "Inmates are not allowed to pick which barracks they will be housed in. You were housed per the Chief of Security. It is due to your own actions that you received a disciplinary and were taken to restrictive housing on 08/28/17. However, since the filing of this grievance, you have been released into general population. Records reflect you are now housed in barracks 1. Your grievance is without merit."

Your appeal was received on 10/13/17. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

Director _____          Date _____ 10-17-17 _____

IGTT430                          Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) ~~Received \ Grievance~~

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center _Grimes_ | GRV. # UR-17-0101 |
| Name _Rickie Green_     SEP 12 2017 | Date Received: 9-7-17 |
| ADC# 117055   Brks # R.H.5 Side Job Assignment Cell #14 | GRV. Code #: 803 |

_9-5-17_ (Date) STEP ONE: Informal Resolution

_9-11-17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Come off of it. That "isn't" so work when I file my Law suit on this issue._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _NO_ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _It seem that Sgt. Amolo has now "layed" the "blame" on the "Shift Command" Lieutenant (who was Lt. Lee) as the person that called the shot to have me moved back into a barracks where I was having Problems at. Now I have had misunderstandings with Lt. Lee in the Pass so I can see him using his "Position" as "Shift Lieutenant" to "Retaliate" against me by trying to "Justify" it as if a inmate came to him "Saying they have a Problem with me or that we got into it. This inmate "had" to be the same "color" as Lt. Lee (white) for him (Lee) just to up and move me on his (the inmate word) not caring that he (Lee) was moving me right back around inmates that I was having Problems (Serious) with in the same barracks. I know that in the ie/MIS (Office Lt. Lee "saw" (on the computer) that I was just moved out of 14 Bks "two days before. But Lt. Lee didn't try to find out "why" I was moved, he didn't ask/contact me. Lt. Lee didn't even contact Capt Cantrell and/or Major Culclager (the ones who moved me) to see "why they moved me. Nor did he care that he override their (his Supervisors) movement. All he (Lee) cared about was that a inmate his color came and made allegations against me (a black inmate) so he (Lee) moved me right back to 14 Bks. And this incident hurten. Lt. Lee Placed me in a "dangerous" situation with his actions. This was "Racial Profiling, Racial Discrimination and "Racism" at the highest degree. I used Proper Procedure when I informed Cantrell and Culclager of my serious Problems and then "restorated" it by moving me resolving it. Lt. Lee Put me right back in the same situation/Bks creating this. This is his (Lee) fault. For not "fully" envessed investigating the reason "why" I was moved or "looking" into the allegations "made against me ( Racial Profiling)._

Rickie Green _____     _9-5-17_
**Inmate Signature**                          **Date**

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _9-7-17_ (date), and determined to be **Step One** and/or an Emergency Grievance
_yes_ (Yes or No). This form was forwarded to medical or mental health? _No_ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_Avery Cox_          _59489_       _Avery Cox_              _9-7-17_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature        Date Received
Describe action taken to resolve complaint, including dates: _On 8-24-17 at 3:00pm you was moved to 14 Bks for the good order and security of the institution._

SEP 18 2017

_Avery Cox 9-11-17_       _Rickie Green_          _9-11-17_
Staff Signature & Date Returned   INMATE GRIEVANCE SUPERVISOR   Inmate Signature & Date Received
                                  ADMINISTRATION BUILDING
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

--------------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

RECEIVED

SEP 1 8 2017

IGTT400                          INMATE GRIEVANCE SUPERVISOR                          Attachment II
3GR                                  ADMINISTRATION BUILDING

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Green, Rickie</u>                    ADC #:  <u>117055D</u>
FROM:  Durham, Peggy S                          TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>09/13/2017</u>                              GRIEVANCE #:  <u>GR-17-01018</u>

Please be advised, I have received your Grievance dated <u>09/05/2017</u> on <u>09/12/2017</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

C  This Grievance will be addressed by the Warden/Center Supervisor or designee.

C  This Grievance is of a medical nature and has been forwarded to the Health Services
Administrator who will respond.

C  This Grievance involves a mental health issue and has been forwarded to the Mental Health
Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

C  This Grievance has been determined to not be an emergency situation because you would not be
subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance
will be processed as a Non-Emergency.

(•  This Grievance was REJECTED because it was either non-grievable (  ), untimely, <u>was a duplicate</u>
<u>of Gr-17-00984</u> , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the
information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director.
Keep in mind that you are appealing the decision to reject the original complaint. Address only the
rejection; do not list additional issues, which were not a part of your original grievance as they will not
be addressed. Your appeal statement is limited to what you write in the space provided below. *Because GR#17-00984*
*is on "Sgt. Amelo" and this grievance is on "Lt. Lee", they are not the Same. I explain that Sgt. Amelo "laxed" the*
*blame on "Lt. Lee". None of that is in GR#17-00984. I filed this Per Policy "AL13.14-1b" on Inmate*
*Grievance Procedure and this "Must" be Processed.*

*Rikki Green*                    *117055*                    *9-18-17*
Inmate Signature                      ADC #                        Date

IGTT430
3GD

Attachment VI

INMATE NAME: Green, Rickie          ADC #: 117055          GRIEVANCE#:GR-17-01018

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 9/5/17, you stated the following complaint: "The last thing that Deputy Warden Earl and his committee told me was to use "better" communication skills when dealing with Staff and bringing my issues to them. So I did this, I brought to "Capt. K. Cantrell and Major Culclager attention that I was having serious issues/problems with inmates in 14brks and they ( Cantrell and Culclager) did resolve this problem by moving me away from the inmates that was causing me problems in 14- brks. they put me in 9 bks ( this was on Aug 22, 2017). But a day and a half later ( on Aug 24, 2016) Sgt. Amplo stopped me in the hallway and said I hope you like your Bks because I'm moving you back to 14-bks. I tried to explain that I was having "Problems" with inmates in 14-bks and about Cantrell and Culclager moving me but Sgt. Amplo "stopped" me and yelled that he don't give a damn who moved me that he wanted me in 14-bks. I didn't try to reason with him nor "argue with him. I was put back in 14-bks with the "same problem inmates." This is the "outcome". As Capt. Cantrell tomd me today they did their part. that this all falls on Sgt. Amplo who moved me back to the Problem ( this is Sept. 4, 2017). I did all that I could do and brought it my problem to a Captain and Major who resolve it. But a "Seragant placed me right back into the "problem" (as Retaliation against me) to carry out his "Personal Vendatta" he (amplo) has against me. This is the same individual who said it was up to him he would put me in a corner cell and let me "Rot" infront of the "whole Committee." So it was nothing for him (Amplo) to place me back in "danger". Amplo "Set" this up. I am (rest is out of approved area)."

The unit rejected your grievance on 9/13/17 as being a duplicate of GR-17-00984.

Your appeal was received on 9/18/17. After review of your appeal and supporting documentation, I find that I concur with the unit's decision to reject your grievance. I will not address the merit of your appeal which is denied.

_____          _____
Director                           Date    9-20-17

Received \ Grievance

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Grimes__

SEP 14 2017

Name __Rickie Green__

Grimes

ADC# __117055__    Brks # __R.N/5-Side__ Job Assignment __Cell 7/4__

| FOR OFFICE USE ONLY | |
|---|---|
| GRV. # | GR-17-01033 |
| Date Received: | 9-14-17 |
| GRV. Code #: | 0002 7/4 |

__9-10-17__ (Date) STEP ONE: Informal Resolution

__9-13-17__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _This is on Ms. Paula Cowell refusal_
_to carry out her duties. Has "nothing" to do with "disciplinary nor disciplinary process."_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __"NO"__ _If yes, circle one: medical or mental_
__BRIEFLY__ state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how __you__ were affected. (Please Print): _Because it Seem that Ms. Paula Cowell refuse to_
_Carry out her "duties/Position" as the "Administrative Review Officer(ARO). I have Sent her_
_"Requests, Letters, etc" explaining situations to her trying to get her (Ms. Cowell) to look into them_
_as the "ARO". But never have She responded back to me. Nor have She "tried" to contact_
_me on the issues. Now, I just Sent her, Ms. Paula Cowell, a package of Affidavits, etc, outlining how_
_"Cpl. Daniel Neitz" and "Ms. Jovanna Z. Franklin-DHO" lied (falsifying) documentation (a Serious Violation_
_at AR-225 and Other ADC policys) and trying to get her, Ms. Paula Cowell, to "investigate" (as the_
_"ARO" and then take the matter to Warden Bradley. On 9-8-17 I do receive it back from Ms. Paula Cow-_
_ell Saying (Quote) I dont need this (Unquote)._
_What do She mean by that Statement? Is She Saying She refuse to carry out her job as the "Grimes_
_Unit" Administrative Review Officer (ARO) and investigate this Serious Violation by Grime Unit Staff?_
_Is She trying to "Cover up" their unprofessional conduct (falsifying documents)?_
_I ask that the "Problem Solver" Contact Ms. Paula Cowell and ask her why She is refusing to_
_investigate Cpl. Danie Neitz and Ms. Jovanna Z. Franklin-DHO actions of lieing and falsifying documents._
_Did Warden Bradley tell her to "Cover" this up also?_

__Rickie Green__                                                __9-10-17__
Inmate Signature                                                Date

__If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.__

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY
This form was received on __9-11-17__ (date), and determined to be Step One and/or an Emergency Grievance
__yes__ (Yes or No). This form was forwarded to medical or mental health? __No__ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

__Avery Cox__                __59489__        _____        __9-11-17__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature                Date Received
Describe action taken to resolve complaint, including dates: _You must follow the_
_disciplinary appeal process. Mrs. Cowell Stated that Warden_
_Bradley have never told her to cover up any incident._

__Avery Cox    9-13-17__                        __Rickie Green__        __9/13/17__
Staff Signature & Date Returned                Inmate Signature & Date Received

This form was received on _____ (date), Property to Step Two. Is it an Emergency? RECEIVED (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: SEP 2 9 2017
If forwarded, provide name of person receiving this form: _____ Date: _____

INMATE GRIEVANCE SUPERVISOR                    INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING                        ADMINISTRATION BUILDING

__DISTRIBUTION: YELLOW & PINK__ - Inmate Receipts; __BLUE__ - Grievance Officer; __ORIGINAL__ - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

INMATE NAME: <u>Green, Rickie</u>    ADC #: <u>117055D</u>    GRIEVANCE #: <u>GR-17-01033</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

AD17-08 Inmate Disciplinary Manual states " If the inmate is not satisfied with the response, he/she has fifteen (15) business days from receipt of the Warden/Center Supervisor's decision to appeal to the Disciplinary Hearing Administrator's, who has thirty (30) business days to respond. If the inmate disagrees with the response, he/ she has fifteen (15) business days from receipt of the Disciplinary Hearing Administrator's decision to appeal to the Director. The Director has (30) business days to respond."
Your grievance is without merit.

_____    RECEIVED    _____
Signature of Warden/Supervisor or Designee    Title    Deputy Warden    9-20-17    Date

SEP 2 9 2017

### INMATE'S APPEAL

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE? *This is about "Ms. Cowell" refusing to "investigate" Staff "lieing/falsifiing documents". Can't cover that up.*

_____    _____    _____
Inmate Signature    ADC#    Date

117055    9-22-17

RECEIVED

SEP 2 0 2017

WARDEN'S OFFICE

IGTT430
3GD

Attachment VI

INMATE NAME: Green, Rickie          ADC #: 117055          GRIEVANCE#:GR-17-01033

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On 9/10/17, you stated the following complaint: "Because it seem that Ms. Paula Cowell refuse to carry out her "duties" as the "Administrative Review Officer (ARO)." I have sent her "Requests, Letters, etc, explaining situations to her trying to get her (Ms. Cowell) to look into them as the "ARO". but never have she responsed back to me. Nor have she tried to contact me on the issues. Now I just get her (Ms. Paula Cowell) a Package of Affidivits, etc, out lining how "Cpl. Daniel Neitz" and Ms. Johnna Z. Franklin DHO lied/falsified documentation (a Serious violation of AR-225 and other ADC Policy's) and trying to get her (Ms. Paula Cowell) to "investigate " as the ARO andthen take the matter to Warden Bradley. On 9-8-17 I receved it back from Ms. Paula Cowell sying (Quote) I don't need this (UNQuote).What do she mean by that statement? Is she saying refuse to carry out her job as the "Grimes Unit" Administrative Review Officer (ARO) and investigate this serious violation by Grime Unit Staff?Is she trying to "Cover Up" their unprofessional conduct (falsifies doucments)?I as that the "Problem Solver" contact Ms. Paula Cowell and ask her why she refusing to investigate Cpl. Daniel Neitz and Ms. Joanna Z. Franklin-DHO actions of lieing and falsifying documents. Did Warden Bradley tell her to "cover" this up also?"

The Warden responded to your grievance on 9/20/17 by stating the following: "AD17-08 Inmate Disciplinary Manual states " If the inmate is not satisfied with the response, he/she has fifteen (15) business days from receipt of the Warden/Center Supervisor's decision to appeal to the Disciplinary Hearing Administrator's, who has thirty (30) business days to respond. If the inmate disagrees with the response, he/ she has fifteen (15) business days from receipt of the Disciplinary Hearing Administrator's decision to appeal to the Director. The Director has (30) business days to respond." Your grievance is without merit."

Your appeal was received on 9/29/17. After review of your appeal and supporting documentation, I find that I concur with the Warden's decision. Your appeal is without merit.

Appeal denied.

Director _____          Date _10-4-17_____